UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT NEAL REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-304 |
| | ) | (SHIRLEY) |
| SCOTT COUNTY GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 8.] On September 14, 2007, the parties came before the Court on the parties' Joint Motion to Continue. [Doc. 12.] David Dunaway was present on behalf of the plaintiff and Arthur Knight, III, was present on behalf of the defendant.

The parties requested that the trial in this matter, currently set for October 16, 2007, be continued. As grounds, the parties indicated that additional time was needed for discovery. The parties further indicted that a continuance was needed to allow the parties additional time to attempt to settle this matter before trial.

The Court finds the parties' joint motion to continue [Doc. 12] to be well-taken and the same is hereby **GRANTED**. Accordingly, the trial scheduled for October 16, 2007, is hereby **CANCELLED** and **RESCHEDULED** for **December 7, 2007, at 9:00 a.m.** The final pretrial conference previously scheduled for September 19, 2007, is hereby **CANCELLED**. No further final pretrial conference will be scheduled at this time. Additionally, the Scheduling Order [Doc. 9] is

amended as follows: discovery shall be completed on or before **November 11, 2007**; all dispositive motions shall be filed on or before **October 5, 2007**; and responses to dispositive motions shall be due on or before **October 19, 2007**.

**IT IS SO ORDERED.**

**ENTER:**

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge